| | |
|---|---|
| 1 | M. Caleb Meyer, Esq. |
| | Nevada Bar No. 13379 |
| 2 | Karie N. Wilson, Esq. |
| | Nevada Bar No. 7957 |
| 3 | Christina A. Mundy, Esq. |
| | Nevada Bar No. 13181 |
| 4 | Ashley E. Walters, Esq. |
| | Nevada Bar No. 16338 |
| 5 | **MESSNER REEVES, LLP** |
| | 8945 West Russell Road, Suite 300 |
| 6 | Las Vegas, NV 89148 |
| | Telephone:  (702) 363-5100 |
| 7 | Facsimile:   (702) 363-5101 |
| | E-mail:      cmeyer@messner.com |
| 8 |                    kwilson@messner.com |
| |                    cmundy@messner.com |
| 9 |                    awalters@messner.com |
| | *Attorneys for Defendant Allstate Insurance Company* |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| A OMEGA DENTAL, LLC, a Domestic Limited Liability Company; | Case No.:   2:25-cv-01886-GMN-DJA |
| Plaintiffs, | **STIPULATION AND (PROPOSED) ORDER TO EXTEND ANSWER DEADLINE** |
| vs. | |
| ALLSTATE INSURANCE COMPANY, DOES I-X, and ROE CORPORATIONS I-X, inclusive, | **(First Request)** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff A OMEGA DENTAL, LLC ("Plaintiff"), by and through its counsel of record, Renee M. Finch, Esq. and Jaclyn Kliewer, Esq. of SUMMIT TRIAL ATTORNEYS, and Defendant ALLSTATE INSURANCE COMPANY ("Defendant"), by and through its counsel of record, M. Caleb Meyer, Esq., Karie N. Wilson, Esq., Christina A. Mundy, Esq., and Ashley E. Walters, Esq. of MESSNER REEVES, LLP (collectively, "the Parties"), pursuant to Fed. R. Civ P. 6(b) and LR IA 6-1, that the deadline for Defendant to answer Plaintiff's Complaint be extended to October 20, 2025.

### A. REASONS WHY THE PARTIES ARE REQUESTING EXTENSION/GOOD CAUSE

Good cause exists for the extension of the current response deadline by eleven days as Defendant needs additional time to assess the facts and claims alleged in the Complaint. Plaintiff A Omega Dental, LLC commenced this action in State Court on August 28, 2025, by filing its Complaint against Allstate. Plaintiff served a copy of the Summons and the Complaint upon Nevada Department of Business and Industry, Division of Insurance, on September 3, 2025. The Nevada Department of Business and Industry, Division of Insurance, sent the Summons and Complaint to Allstate by certified mail on September 4, 2025. Allstate received these materials on or about September 9, 2025; however, defense counsel was not assigned to this matter until October 1, 2025. As such, Defendant Allstate respectfully requests an extension of time to October 20, 2025, to prepare its answer. Plaintiff has no objection to the requested extension.

### B. PROPOSED ANSWER DEADLINE

The parties stipulate that Defendant be permitted until October 20, 2025, to answer Plaintiff's Complaint.

DATED this 8th day of October 2025.

**MESSNER REEVES LLP**

 /s/ Karie N. Wilson
M. Caleb Meyer, Esq.
Nevada Bar No. 13379
Karie N. Wilson, Esq.
Nevada Bar No. 7957
Christina A Mundy, Esq.
Nevada Bar No. 13181
Ashley E. Walters, Esq.
Nevada Bar No. 16338
8945 W. Russell Road, Suite 300
Las Vegas, NV 89148
*Attorneys for Defendant*

DATED this 8th day of October 2025.

**SUMMIT TRIAL ATTORNEYS**

 /s/ Renee M. Finch, Esq.
Renee M. Finch, Esq.
Nevada Bar No. 13118
Jaclyn M. Kliewer, Esq.
Nevada Bar No. 14898
801 South Fourth Street
Las Vegas, Nevada 89101
*Attorney for Plaintiff*

**IT IS SO ORDERED.**

_____
U.S. MAGISTRATE JUDGE

DATED: 10/10/2025