M. Caleb Meyer, Esq.
Nevada Bar No. 13379
Karie N. Wilson, Esq.
Nevada Bar No. 7957
Christina M. Mundy, Esq.
Nevada Bar No. 13181
Ashley E. Walters, Esq.
Nevada Bar No. 16338
**MESSNER REEVES, LLP**
8945 West Russell Road, Suite 300
Las Vegas, NV 89148
Telephone:   (702) 363-5100
Facsimile:   (702) 363-5101
E-mail:        cmeyer@messner.com
                    kwilson@messner.com
                    cmundy@messner.com
                    awalters@messner.com
&

James P.C. Silvestri, Esq.
Nevada Bar No. 3603
**PYATT SILVESTRI**
7670 W. Lake Mead Blvd., #250
Las Vegas, NV 89128
jsilvestri@pyattsilvestri.com

*Attorneys for Defendant Allstate Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| A OMEGA DENTAL, LLC, a Domestic Limited Liability Company;<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, DOES I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.:     2:25-cv-01886-GMN-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff A OMEGA DENTAL, LLC, by and through its counsel of record, RENEE M. FINCH, ESQ. and JACLYN M. KLIEWER, ESQ. of SUMMIT TRIAL ATTORNEYS and Defendant ALLSTATE INSURANCE COMPANY, by and through its

counsel of record, M. CALEB MEYER, ESQ., KARIE N. WILSON, ESQ., CHRISTINA M. MUNDY, ESQ. and ASHLEY E. WALTERS, ESQ. of MESSNER REEVES, LLP, and Co-Counsel, JAMES P.C. SILVESTRI, ESQ. of PYATT SILVESTRI, that all claims arising out of Case No. 2:25-cv-01886-GMN-DJA shall be dismissed with prejudice with each party to bear their own attorney's fees and costs.

**IT IS SO STIPULATED.**

DATED this 10th day of March 2026.

**MESSNER REEVES LLP**

_/s/ Karie Wilson, Esq.____
M. Caleb Meyer, Esq.
Nevada Bar No. 13379
Karie N. Wilson, Esq.
Nevada Bar No. 7957
Christina M. Mundy, Esq.
Nevada Bar No. 13181
Ashley E. Walters, Esq.
Nevada Bar No. 16338
8945 W. Russell Road, Suite 300
Las Vegas, NV 89148
&
James P.C. Silvestri, Esq.
Nevada Bar No. 3603
7670 W. Lake Mead Blvd., #250
Las Vegas, NV 89128
_Attorney for Defendant_

DATED this 10th day of March 2026.

**SUMMIT TRIAL ATTORNEYS**

_/s/ Renee M. Finch, Esq._____
Renee M. Finch, Esq.
Nevada Bar No. 13118
Jaclyn M. Kliewer, Esq.
Nevada Bar No. 14898
8488 Rozita Lee Ave., Bldg. 3, Ste. 100
Las Vegas, Nevada 89113
_Attorneys for Plaintiff_

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED:   March 10, 2026_____